Marco Antonio ARCE–VALDEZ, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 06–71917.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.*

Filed March 25, 2008.

David B. Landry, San Diego, CA, for Petitioner.

Richard M. Evans, Andrew Oliveira, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, T.G. NELSON and BEA, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Marco Antonio Arce–Valdez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his motion to seek relief pursuant to former Immigration and Nationality Act § 212(c). We have jurisdiction under 8 U.S.C. § 1252. We review questions of law de novo, *Avila–Sanchez v. Mukasey,* 509 F.3d 1037, 1039–40 (9th Cir.2007), and we deny the petition for review.

We reject Arce–Valdez's constitutional challenge to 8 C.F.R. § 1003.44(k)(2). *See id.* at 1041.

We need not reach Arce–Valdez's remaining contentions.

**PETITION FOR REVIEW DENIED.**